**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Antoinette Portillo
                               Plaintiff,

v.                                                 Case No.: 1:24−cv−09894
                                                      Honorable Jeffrey I Cummings

Nebula Genomics, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 23, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Defendant Meta's unopposed motion for leave to file brief in excess of page limit [42] is granted. Defendant Meta is granted leave to file an 18−page brief in support of its motion to dismiss. The motions for leave to appear pro hac vice of attorneys Melanie Blunschi [39], Kristin Whitehead−Sheffield [40], and Catherine Rizzoni [41] are granted. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.