**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANTOINETTE PORTILLO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>NEBULA GENOMICS, INC., a Delaware Corporation, META PLATFORMS, INC., a Delaware Corporation, MICROSOFT CORPORATION, a Washington Corporation, and GOOGLE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 24-cv-9894<br><br>District Judge Jeffrey I. Cummings |

**DECLARATION OF CATHERINE A. RIZZONI IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO DISMISS**

I, Catherine A. Rizzoni, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and have been admitted to this Court *pro hac vice*. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendant Meta Platforms, Inc. ("Meta"), in this matter. I submit this declaration in support of Meta's Motion to Dismiss. I have personal knowledge of the facts set forth below and could and would testify competently thereto if called as a witness.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Meta's "Data Policy," which was downloaded on December 17, 2024 from Meta's website at https://www.facebook.com/privacy/policy/version/20160929. This document bears a last revision date of September 29, 2016.

3. Attached hereto as **Exhibit 2** is a true and correct copy Meta's "Data Policy," which was downloaded on December 17, 2024 from Meta's website at https://www.facebook.com/privacy/policy/version/20220104/. This document bears a last revision date of January 4, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Meta's "Privacy Policy," which was downloaded from Meta's website on December 17, 2024 from Meta's website at https://www.facebook.com/privacy/policy/version/5066055233450651/. This document bears an effective date of July 26, 2022.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Meta's "Privacy Policy," which was downloaded on December 17, 2024 from Meta's website at https://www.facebook.com/privacy/policy/version/5407378522724295/. This document bears an effective date of January 1, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Meta's "Privacy Policy," which was downloaded on December 17, 2024 from Meta's website at https://www.facebook.com/privacy/policy/version/5601719079934335/. This document bears an effective date of June 15, 2023.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Meta's "Cookies Policy," which was downloaded on December 17, 2024 from Meta's website at https://mbasic.facebook.com/privacy/policies/cookies/version/5567945786592090/. This document bears an effective date of October 5, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Meta's "Cookies Policy," which was downloaded on December 17, 2024 from Meta's website at https://mbasic.facebook.com/privacy/policies/cookies/version/6238889766159217/. This document bears an effective date of June 16, 2023.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Meta's "Terms of Service," which was downloaded on December 17, 2024 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20210103004345/https://www.facebook.com/legal/terms/. This document was captured by the Wayback Machine on January 3, 2021, and it bears a last revision date of October 22, 2020.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Meta's "Terms of Service," which was downloaded on December 17, 2024 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20220725000817/https://www.facebook.com/legal/terms/. This

document was captured by the Wayback Machine on July 25, 2022, and it bears a last revision date of January 4, 2022.

11. Attached hereto as **Exhibit 10** is a true and correct copy of "Meta's Terms of Service," which was downloaded on December 17, 2024 from Meta's website at https://www.facebook.com/legal/terms?_rdr. This document bears a last revision date of July 26, 2022.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Meta's "Business Tools Terms," which was downloaded on December 17, 2024 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20230415213126/https://www.facebook.com/legal/technology_terms. This document was captured by the Wayback Machine on April 15, 2023, and it bears an effective date of August 31, 2020.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Meta's "Business Tools Terms," which was downloaded on December 17, 2024 from Meta's website at https://www.facebook.com/legal/terms/businesstools. This document bears an effective date of April 25, 2023.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Nebula Genomics, Inc.'s ("Nebula") "Privacy Policy," which was downloaded on December 17, 2024 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20221130031339/https://nebulagenomics.zendesk.com/hc/en-us/articles/360036114572. This document was captured by the Wayback Machine on November 30, 2022, and it bears a last updated date of November 21, 2019.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Nebula's "Privacy Policy," which was downloaded on December 17, 2024 from Nebula's website at https://nebula.org/blog/privacy-policy/. This document bears a last updated date of March 12, 2023.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Nebula's "Cookie Policy," which was downloaded on December 17, 2024 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20210521050628/https://nebulagenomics.zendesk.com/hc/en-us/articles/360036479671. This document was captured by the Wayback Machine on May 21, 2021.

17. Attached hereto as **Exhibit 16** is a true and correct copy of Nebula's "Cookie Policy," which was downloaded on December 17, 2024 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20220518122019/https://nebulagenomics.zendesk.com/hc/en-us/articles/360036479671. This document was captured by the Wayback Machine on May 18, 2022.

18. Attached hereto as **Exhibit 17** is a true and correct copy of Nebula's "Cookie Policy," which was downloaded on December 17, 2024 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20230326210742/https://nebulagenomics.zendesk.com/hc/en-us/articles/360036479671. This document was captured by the Wayback Machine on March 26, 2023.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Nebula's "Customer/User Terms of Use," which was downloaded on December 17, 2024 from the Internet Archive's Wayback Machine at https://web.archive.org/web/20240226133606/https://nebula.org/blog/nebula-customer-user-terms-of-use/. This document was captured by the Wayback Machine on February 26, 2024, and it bears an effective date of December 31, 2021.

20. Attached hereto as **Exhibit 19** is a true and correct copy of Nebula's "Sign-Up" page, which was downloaded on December 17, 2024 from Nebula's website at https://portal.nebula.org/signup.

I declare under penalty of perjury that the foregoing is true and correct, and executed on January 7, 2025, in San Francisco, CA.

By: *<u>/s/ Catherine A. Rizzoni</u>*
Catherine A. Rizzoni
*Attorney for Defendant Meta Platforms, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2025, copies of the Declaration of Catherine A. Rizzoni in Support of Meta Platforms, Inc.'s Motion to Dismiss were served to Plaintiff's counsel of record electronically via CM/ECF.

/s/ *Catherine A. Rizzoni*