# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTOINETTE PORTILLO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>NEBULA GENOMICS, INC., a Delaware Corporation, META PLATFORMS, INC., a Delaware Corporation, MICROSOFT CORPORATION, a Washington Corporation, and GOOGLE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 24-cv-09894<br><br>Hon. Jeffrey I. Cummings |

## DEFENDANT MICROSOFT CORPORATION'S MOTION TO DISMISS

Defendant Microsoft Corporation respectfully moves the Court to dismiss all claims asserted against it in Plaintiff's complaint, ECF No. 1, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. In support of its motion, Microsoft submits the accompanying memorandum of law, declaration of Yan Grinblat, and exhibits attached thereto.

In accordance with the Court's individual practices, the parties have conferred on a proposed briefing schedule for Microsoft's motion. Plaintiff requests that its response be due on February 11, 2025; Microsoft requests that its reply be due on March 4, 2025.

| | |
|---|---|
| Dated: January 7, 2025 | Respectfully submitted,<br><br>**Microsoft Corporation**<br><br>*/s/ Raj N. Shah*<br>One of its attorneys<br><br>Raj N. Shah (IL-6244821)<br>Eric M. Roberts (IL-6306839)<br>Yan Grinblat (IL-6328805)<br>Zoe Levine (IL-6346013)<br>**DLA Piper LLP (US)**<br>444 W. Lake Street, Suite 900<br>Chicago, IL 60606<br>(312) 368-4000<br>raj.shah@us.dlapiper.com<br>eric.roberts@us.dlapiper.com<br>yan.grinblat@us.dlapiper.com<br>zoe.levine@us.dlapiper.com |