**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANTOINETTE PORTILLO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>NEBULA GENOMICS, INC., a Delaware Corporation, META PLATFORMS, INC., a Delaware Corporation, MICROSOFT CORPORATION, a Washington Corporation, and GOOGLE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 24-cv-09894<br><br>Hon. Jeffrey I. Cummings |

**DECLARATION OF YAN GRINBLAT**

I, Yan Grinblat, hereby declare as follows under 28 U.S.C. § 1746:

1. I am an attorney with DLA Piper LLP (US), counsel for defendant Microsoft Corporation in this action. I submit this declaration in support of Microsoft's motion to dismiss the complaint, ECF No. 1, filed by plaintiff Antoinette Portillo. The below information is based on my personal knowledge and/or information communicated to me by my colleagues.

2. Attached as **Exhibit 1** is a true and correct copy of a Microsoft webpage titled "How does conversion tracking work?," which Plaintiff cites and relies on in paragraph 53 of the Complaint. This webpage was last accessed on January 7, 2025 via the following link: https://help.ads.microsoft.com/apex/index/3/en/56710#:~:text=With%20conversion%20tracking%2C%20 you%20can,count%20it%20as%20a%20conversion.

3. Attached as **Exhibit 2** is a true and correct copy of a Microsoft webpage titled "About Clarity" within a broader website titled "Frequently Asked Questions." Plaintiff cites and relies on this webpage in paragraphs 65 and 66 of the Complaint. This webpage was last accessed on January 7, 2025 via the following link: https://learn.microsoft.com/en-us/clarity/faq.

4. Attached as **Exhibit 3** is a true and correct copy of a Microsoft webpage titled "FAQ: Universal Event Tracking," which Plaintiff cites and relies on in paragraphs 54 and 55 of the Complaint. This webpage was last accessed on January 7, 2025 via the following link: https://help.ads.microsoft.com/#apex/ads/en/53056/2.[1]

5. Attached as **Exhibit 4** is a true and correct copy of a Microsoft webpage titled "Clarity Data Collection," which Plaintiff cites and relies on in paragraph 67 of the Complaint. This webpage was last accessed on January 7, 2025 via the following link: https://docs.microsoft.com/en-us/clarity/clarity-data.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information. This declaration was executed on January 7, 2025 at Chicago, Illinois.

Yan Grinblat

[1] The specific topics within this webpage that are referenced in Microsoft brief are "What data does UET collect once I install it on my website?" and "What cookies does UET use?"