IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ANTOINETTE PORTILLO, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>-against-<br><br>NEBULA GENOMICS, INC., a Delaware Corporation, META PLATFORMS, INC., a Delaware Corporation, MICROSOFT CORPORATION, a Washington Corporation, and GOOGLE LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 24-CV-9894 |

**DECLARATION OF WALLACE NEEL IN SUPPORT OF DEFENDANT NEBULA GENOMICS, INC.'S MOTION TO TRANSFER PURSUANT TO 18 U.S.C. § 1746 OR IN THE ALTERNATIVE TO DISMISS PURSUANT TO FED. R. CIV. P. 12 (B)(6)**

I, Wallace Neel, declare as follows:

    1.    I am Counsel of Record for Nebula Genomics, Inc. in this action. I respectfully submit this Declaration in support of Defendant Nebula Genomics, Inc.'s Motion To Transfer Pursuant To 18 U.S.C. § 1746 or In The Alternative To Dismiss Pursuant To Fed. R. Civ. P. 12 (b)(6) (the "Nebula Motion").

    2.    On January 7, 2025, I accessed the publicly-available Internet web site Archive.Org, colloquially known as the "Wayback Machine." The Wayback Machine is a digital archive of the World Wide Web and is created by the Internet Archive, a nonprofit organization based in San Francisco, California. Beginning in 2001, the Wayback Machine made available to the public archived versions of web pages as they appeared at different points in time.

1

3. Using Archive.Org, I searched for the web pages concerning the Terms of Use of the web site of Nebula.org in the years 2021 through 2023.

4. The Exhibits to this Declaration consist of those PDFs, which are true and accurate replications of the form and content of those web pages as of today, January 7, 2024. They are as follows:

| Ex | Date | Web Page |
|---|---|---|
| A | February 11, 2021 | https://web.archive.org/web/20210101154431/https://nebulagenomics.zendesk.com/hc/en-us/articles/360024317892-Terms-of-Use |
| B | May 7, 2021 | https://web.archive.org/web/20210507202715/https://nebulagenomics.zendesk.com/hc/en-us/articles/360024317892-Terms-of-Use |
| C | June 16, 2021 | https://web.archive.org/web/20210616070437/https://nebulagenomics.zendesk.com/hc/en-us/articles/360024317892-Terms-of-Use |
| D | JULY 30, 2021 | https://web.archive.org/web/20210730175809/https://nebulagenomics.zendesk.com/hc/en-us/articles/360024317892-Terms-of-Use |
| E | JULY 5, 2022 | https://web.archive.org/web/20220705194905/https://nebulagenomics.zendesk.com/hc/en-us/articles/360024317892-Terms-of-Use |
| F | AUG 17, 2022 | https://web.archive.org/web/20220817203134/https://nebulagenomics.zendesk.com/hc/en-us/articles/360024317892-Terms-of-Use |

5. I respectfully ask the Court to take judicial notice of these records, which are publicly available on the Internet and which are captured in real-time by Archive.org.

6. I have requested a certification of these web pages from Archive.org, and I am informed that one will be forthcoming by the end of January. I will seek permission to supplement the record to include such certification and its attachments upon its receipt.

3

      I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 7th day of January, 2025.

                                                              Wallace Neel