

Submit a request

Nebula Genomics > Legal & Privacy > Legal & Privacy

EXHIBIT B TO
NEBULA MOTION

### Articles in this section

Privacy Policy

Cookie Policy

Terms of Use

# Terms of Use



Follow

Beta Terms of Use
Version 2
Effective: November 15, 2018
Last Updated: February 17, 2020

## NEBULA CUSTOMER/USER TERMS OF USE

**TERMS FOR NEBULA ACCOUNT**

In order to access some of Nebula's website functions and other services, such as participating in user surveys, you must register for an account on the website. By registering for a Nebula account, you agree to the following:

1. You are providing true, accurate, current and complete registration data, which you will promptly update as needed to keep it true, accurate, current and complete.
2. Your account has not been created on behalf of someone other than yourself.
3. You are at least eighteen (18) years old or otherwise legally entitled to enter into a binding contract.
4. You will monitor your account to restrict use by minors, and you will accept full responsibility for any unauthorized use of your account by minors.
5. In order to maintain the privacy and security of your account:
   1. You will not share your account or password with anyone.
   2. You will log out of your account at the end of each session.
   3. You will notify Nebula immediately of any known or suspected unauthorized use of your password or other breaches of your account's security.
6. You are solely responsible for your own account activity.

7. Nebula has the right to investigate any use of your account that may have violated these terms, and if as a result of the investigation it believes that a violation has occurred, Nebula may, at its sole discretion, immediately cancel/terminate your account without prior notice to you. In addition, if Nebula has canceled/terminated your account and you attempt to re-register or access Nebula services through a different username, email address, or otherwise, Nebula will promptly cancel/terminate that new account without prior notice to you.
   1. If as a result of its investigation, Nebula believes that criminal activity has occurred within or related to your account, Nebula will refer the matter to, and cooperate with, any and all relevant legal authorities, as permitted under applicable law.
   2. Nebula's overall use or disclosure of information in or related to your account will be in accordance with the Privacy and Security Policy and applicable law.
8. You understand that, similar to other sites, Nebula's web site may contain links to other/third-party sites or resources. Nebula has no control over these other sites and is not responsible or liable for any third-party site content or for the actions of the involved third parties. In addition, Nebula's website does not generate any notifications that you are leaving the Nebula site when you enter/activate a third-party link or resource.

Closing your Nebula account:

To close a Nebula account, you must contact the Nebula support team and request account closure. Nebula will email you and ask you to confirm your request. Upon confirmation, your account closure will be effective. After you have closed your account, Nebula will delete all of your personal information including your genomic data from its records except for the information that is required to retain under applicable law. For the most part, this means anonymized information stored in large aggregated data sets. Nebula will retain appropriate business records regarding your account, such as any payment history and similar records.

**TERMS FOR PURCHASED SERVICES**

General Information about Nebula's Purchased Services

Nebula's purchased services are genetic testing services involving the collection of a DNA sample by the user with a Nebula-provided collection kit, analysis of the sample by Nebula or its affiliates as described in Nebula's genetic testing services FAQs, continued offering of similar or associated tests, and state-of-the-art genetic reports that include ancestry information and non-diagnostic or treatment-related health information.

As a user of Nebula's genetic testing services, you understand and agree:

1. To the submission of a sample for DNA extraction, DNA sequencing, and storage of your sample,
2. That your genetic information will be stored in de-identified aggregated datasets by Nebula so that Nebula can improve its data analysis and otherwise expand its reporting capability. You have the right to opt-out of the storage or the use of your by reaching out to the Nebula support team and requesting the restriction of the use of your data. However, restricting Nebula's access to your data could affect our ability to provide our services. For example, without access to your genomic data, we will not be able to update your reports based on the latest scientific discoveries.

**Nebula is not engaged in the practice of medicine, and information learned through Nebula's services is not intended for diagnostic or medical use:**

Nebula's genetic testing services are not intended to be interpreted by users for the purposes of making any decisions regarding parentage or diagnostic or treatment. The information you learn through our services does not constitute medical advice, and you should not change your health behaviors solely on the basis of the provided genetic information. The services are not intended to be used by the customer for any diagnostic purpose and are not a substitute for professional medical advice. You should always seek the advice of your physician or other health care provider with any questions you may have regarding diagnosis, cure, treatment, mitigation, or prevention of any disease or other medical condition or impairment or the status of your health.

**BY USING NEBULA'S GENETIC TESTING SERVICES, YOU AGREE THAT YOU WILL NOT USE ANY INFORMATION PROVIDED BY NEBULA'S SERVICE FOR DIAGNOSTIC OR HEALTH RELATED DECISION MAKING BEFORE SEEKING PROFESSIONAL ADVICE FROM A PHYSICIAN, GENETIC COUNSELOR, OR SIMILARLY QUALIFIED HEALTHCARE PROFESSIONAL REGARDING ANY PARENTAGE OR HEALTHCARE DECISIONS BASED ON GENETIC TESTING RESULTS PROVIDED BY NEBULA.**

Rather, Nebula's services are for research, information, and educational use only. In short, many of the health-related information learned from the provided genetic testing results have not been not clinically validated and the technology Nebula uses, although used in research, is not broadly used in healthcare settings. Clinical validity refers to how well a specific genetic variant is related to the presence, absence, or risk of a specific disease or condition.

Nebula encourages you to talk to a genetic counselor or a health professional prior

to submitting a sample collection kit or to aid you in understanding your results.

General Information Regarding Nebula's Genetic Testing Services:

Nebula's genetic testing services are based on current state-of-the-art genetic research and DNA sequencing technology. As the research progresses and available technology evolves, Nebula will continue to innovate to provide the best possible experience and information to its users.  Accordingly, you acknowledge and agree that Nebula may update its technology, analysis, and reporting at its sole discretion, without prior notice to you. You also acknowledge that you may need to update third-party software from time to time in order to continue using the services, including accessing reports.

Details about Nebula's processing of samples:

Once your sample is received by Nebula, DNA extraction, sequencing, and data analysis are performed to provide ancestry, non-diagnostic trait reporting, and oral microbiome analysis. At its discretion, Nebula may use third-party laboratories to perform DNA extraction, sequencing, and data analysis. Your sample collection kit may be Nebula-branded even when such a third party will be doing DNA extraction, sequencing or data analysis. By returning a sample kit, you acknowledge and agree that Nebula may provide the sample to such third parties for DNA extraction, sequencing or data analysis.

Nebula or one of its third-party partners will store your sample and/or the extracted DNA after your sample has been processed. Having your sample stored allows your sample to be analyzed again when new and updated tests become available. Nebula will never process your sample without your explicit, specific consent. If you would like your sample permanently destroyed, you may reach out to legal@nebula.org and request your sample to be destroyed. Destroying your sample is irreversible and will limit your access to tests offered in the future.

Nebula and its affiliates may not be able to process your sample if your sample does not contain a sufficient amount of DNA or is contaminated. If this occurs, Nebula will reach out to you to notify you and ask you to provide a new sample.

**DETAILS FOR NEBULA PRODUCTS, AND CANCELLATIONS AND REFUNDS**

30x Whole-Genome Sequencing with Nebula Explore™

30x Whole Genome Sequencing with Nebula Explore™ is a bundle that consists of high-coverage (30x) Whole-Genome Sequencing and a subscription for the Nebula Explore reporting service.

Refund Policy:

- 30x Whole-Genome Sequencing: The fee for 30x Whole-Genome Sequencing is billed at the time of the purchase and is not refundable.
- Nebula Explore subscription: 30x Whole-Genome Sequencing is bundled with a subscription service, called Nebula Explore. The Nebula Explore subscription incurs a recurring fee. For the monthly subscription option, this fee is billed monthly. For the yearly subscription option, this fee is billed annually. The first subscription fee is billed when your results are ready. If the lifetime option is selected, a single payment is billed at the time of the purchase with no recurring payment. For each of the three options, the first subscription payment (monthly, yearly, or lifetime) is not refundable. To avoid recurring charges, you must log in to your Nebula user account and cancel your subscription under the Edit Profile section. Cancellation will be effective immediately, and you will have continued access to the Nebula Explore services for the remainder of the period for which you have already paid. NEBULA IS NOT RESPONSIBLE FOR YOUR FAILURE TO TIMELY CANCEL YOUR SUBSCRIPTION RENEWAL, NOR FOR ANY CREDIT CARD CHARGES AND FEES YOU INCUR AS A RESULT OF YOUR FAILURE TO TIMELY CANCEL A RENEWAL.

Nebula Expand ™

Nebula Expand is the name of our reporting service for users who upload third-party genetic data.

Refund Policy: Nebula Expand is a subscription service. A free 14-day free trial ("Free Trial Period") is available. The Free Trial Period starts on the day you activate your Nebula Expand subscription by submitting your payment information. If you decide that you do not want to become a paying subscriber, you have to cancel your subscription before the end of the Free Trial Period by logging into your Nebula user account and canceling your subscription under the Edit Profile section. You may use a Free Trial Period only once. Nebula Genomics reserves the right, at its absolute discretion, to cancel or to modify the Free Trial Period at any time without prior notice and with no liability.

If you do not cancel your Nebula Expand subscription during the Free Trial Period, you will be charged a subscription fee at the end of your Free Trial Period. For the monthly subscription option, this fee is billed monthly. For the yearly subscription option, this fee is billed annually. If you decide to cancel your subscription, then you may do so at any point by logging into your Nebula user account and canceling your subscription under the Edit Profile section. Cancellation will be effective immediately, and you will have continued access to the Nebula Expand services for

the remainder of the period for which you have already paid.

0.4x Whole Genome Sequencing with Nebula Explore™

0.4x Whole Genome Sequencing with Nebula Explore™ is a bundle that consists of low-coverage (0.4x) Whole-Genome Sequencing and a subscription for the Nebula Explore reporting service.

Refund Policy:

- 0.4x Whole-Genome Sequencing: The fee for 0.4x Whole-Genome Sequencing is billed at the time of the purchase and is not refundable.
- Nebula Explore subscription: 0.4x Whole-Genome Sequencing is bundled with a subscription service, called Nebula Explore. The Nebula Explore subscription incurs an annual fee. The first annual fee is charged after we have received your sample OR sixty (60) days after your purchase, whichever occurs first. For a refund of your first annual Nebula Explore subscription fee, you must submit a request to the Nebula Genomics support team before you return your sample OR, if the sample was not returned, within sixty (60) days of the date the order was placed. The Nebula Explore subscription will renew on the anniversary date of the first annual payment. To avoid recurring charges, you must log in to your Nebula user account and cancel your subscription under the Edit Profile section. Cancellation will be effective immediately, and you will have continued access to the Nebula Explore services for the remainder of the period for which you have already paid. NEBULA IS NOT RESPONSIBLE FOR YOUR FAILURE TO TIMELY CANCEL YOUR SUBSCRIPTION RENEWAL, NOR FOR ANY CREDIT CARD CHARGES AND FEES YOU INCUR AS A RESULT OF YOUR FAILURE TO TIMELY CANCEL A RENEWAL.

Nebula Sequencing

Nebula Sequencing is a bundle that consists of low-coverage (0.4x) Whole-Genome Sequencing and a lifetime subscription for the Nebula Explore reporting service.

Refund Policy: There are no refunds available once your sample collection kit has been shipped to you.

**PAYMENT PROCESSING**

Nebula uses Stripe Inc. ("Stripe"), a third-party service provider, for payment services (e.g., card acceptance, merchant settlement, and related services). When you order Nebula's Purchased Services, you agree to the following:

1. You agree to be bound by Stripe's US Terms of Service, which are available at https://stripe.com/us/terms, and Stripe's Privacy Policy, which is available at https://stripe.com/us/privacy.
2. You authorize Nebula and Stripe to share with one another any payment instructions you provide as well as other payment-related information required to complete payment transactions, including personal, financial/credit card, and transaction information.

**PRIVACY AND SECURITY RELATED TO NEBULA AND PURCHASED SERVICES**

Nebula has a robust privacy process and policy to protect the confidentiality of your information. For details about our privacy and security practices, you may access Nebula's Privacy Policy here. By using Nebula's services, you acknowledge that you have read and agree to both Nebula's Terms of Use and Nebula's Privacy Policy.

**GENERAL TERMS**

Participation in Research

Participation in research is determined by your consent settings. You can change your consent settings in your Nebula user account under the Edit Profile section. For more information on your consent settings please refer to our Privacy Policy.

Warranty and Disclaimer.

Nebula warrants that its Services will be provided in a workmanlike manner, free from defect and error, and in conformity with applicable law and generally prevailing industry standards. NEBULA DISCLAIMS ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

Limitation of Liability.

Nebula will not be liable for any third-party losses, claims, liabilities, damages, or costs of whatever kind or nature, including attorney fees and legal costs, for death or injury of any person or for loss or damage to any property, unless those losses arise or are alleged to arise due to Nebula's negligent acts or omissions.

Intellectual Property

Nebula's website and services involve and include intellectual property that is protected by copyright, patent, trademark, and other applicable laws. Nebula and its partners and affiliates retain title, ownership and all other rights and interests in and to all such protected content.

Governing Law.

This Agreement shall be construed according to the laws of the State of Massachusetts. Venue for any dispute shall lie in Suffolk County, Massachusetts.

Changes and additional terms

As we continue to diversify our Services, additional or separate terms ("Supplemental Terms") may apply. These Supplemental Terms will either be listed in the Terms of Use, or be presented to you for acceptance when you sign up to use those Services. We reserve the right to modify the Agreement or any additional terms at any time or to reflect any changes in the law or our Services. We will notify you the material changes by posting information through the Services or contact you via email.  Nebula may require you to provide consent to the updated Agreement in a specified manner before further use of the Website and/ or the Services is permitted.



---

Was this article helpful?

✓ Yes     ✗ No

9 out of 11 found this helpful



Have more questions? Submit a request

**Related articles**

Refund and Cancellation Policy

## Comments

0 comments

Article is closed for comments.

Nebula Genomics