Antoinette Portillo
          Plaintiff,

v.                            Case No.: 1:24–cv–09894
                                     Honorable Jeffrey I Cummings

Nebula Genomics, Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2025:

     MINUTE entry before the Honorable Jeffrey I Cummings: Pursuant to the Court's 7/24/24 orders [73] [74], the Clerk's Office is directed to transfer this matter to the District of Massachusetts forthwith. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.