

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 08/13/2025

USDC of Massachusetts


Re: Portillo v. Nebula Genomics, Inc. et al

USDC Case Number: 1:24-cv-09894

Dear Clerk:

Pursuant to the order entered by Honorable **Jeffrey I Cummings**, on 07/25/2025, the above record was

☒ electronically transmitted to USDC of Massachusetts

☐ paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ R. Cornejo
Deputy Clerk

New Case No. _____   Date _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016